**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KENDARRIUS DANIELS,** | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 16-00565-WS-B |
| **JEFFERSON S. DUNN, *et. al.*,** | * | |
| Defendants. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's claims against Defendant Joshua Day be **dismissed without prejudice.**

**DONE** this 13th day of November, 2018.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**