```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

| | |
|---|---|
| **KENDARRIUS DANIELS,** | * |
| | * |
|    **Plaintiff,** | * |
| | * |
| **vs.** | *   CIVIL ACTION NO. 16-00565-WS-B |
| | * |
| **JEFFERSON S. DUNN,** *et. al.*, | * |
| | * |
|    **Defendants.** | * |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims against Defendant Joshua Day be **dismissed without prejudice.**

**DONE** this 13th day of November, 2018.

                                        **s/WILLIAM H. STEELE**
                                        **UNITED STATES DISTRICT JUDGE**