**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **KENDARRIUS DANIELS, #218223,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 16-0565-WS-B |
| **JEFFERSON S. DUNN,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Alabama Department of Corrections Commissioner Jefferson Dunn, Warden Cynthia Stewart, Warden Terry Raybon, Warden Phillip Mitchell, Lieutenant Regina Bolar, and Officer Tamekio Roberts, and all claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE** this 14th day of March, 2019.

s/**WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**