**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **KENDARRIUS DANIELS, #218223,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 16-0565-WS-B |
| **JEFFERSON S. DUNN,** *et al.*, | : |
| Defendants. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Kendarrius Daniels recover nothing, and the claims made against Defendants Alabama Department of Corrections Commissioner Jefferson Dunn, Warden Cynthia Stewart, Warden Terry Raybon, Warden Phillip Mitchell, Lieutenant Regina Bolar,[1] and Officer Tamekio Roberts are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 14th day of March, 2019.

　　　　　　　　　　　　　　　　s/WILLIAM H. STEELE
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] Regina Bolar is erroneously identified as Regina Bullock in the complaint.